ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 30 PM 4:28

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

ANDREW JACKSON,

    Plaintiff,

v.

    Case No. CV606-14

MIKE KILE, Sheriff,

    Defendant.

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 30 day of August, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA